THE STATE EX REL. ROMAN, APPELLANT AND CROSS-APPELLEE,
*v.* BUELL INDUSTRIES, INC.; INDUSTRIAL COMMISSION,
APPELLEE AND CROSS-APPELLANT.

[Cite as *State ex rel. Roman v. Buell Industries,
Inc.* (1998), 82 Ohio St.3d 381.]

(No. 96–426—Submitted June 9, 1998—Decided July 22, 1998.)

*Seaman & Associates Co., L.P.A.,* and *Melanie V. Miguel,* for appellant and cross-appellee.

*Betty D. Montgomery,* Attorney General, and *Constance A. Snyder,* Assistant Attorney General, for appellee and cross-appellant.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

382

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

PFEIFER and COOK, JJ., dissent.